

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Ex parte Billy Wayne Williams,
        * From the 32nd District
          Court of Mitchell County,
          Trial Court No. 15,775.

No. 11-14-00128-CV
        * April 16, 2015

        * Memorandum Opinion by Willson, J.
          (Panel consists of: Wright, C.J.,
          Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is error in the order below. Therefore, in accordance with this court's opinion, we reverse the judgment of the trial court, and we remand this cause to the trial court for further proceedings consistent with this opinion.